UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

RYAN JAMES,

                                                   Plaintiff,    **NOTICE OF APPEARANCE**

              -against-

THE CITY OF NEW YORK, ET AL.                      Docket No. 07cv7107

                                           Defendants.

------------------------------------------------------------- x

To the Clerk of this court and all parties of record:

Enter my appearance as counsel for the plaintiff in this case for Cynthia Conti-Cook, Esq. I certify that I am admitted to practice in this court.


August 15, 2007

                                                By: Cynthia Conti-Cook
                                                Bar #CC0778
                                                Stoll & Glickman, L.L.P.
                                                71 Nevins Street
                                                Brooklyn, NY 11217
                                                718.852.3710
                                                F: 718.852.3586